160 A.3d 757

**Renae HAMM and Alvin Hamm, Petitioners**

v.

**Nathan HANDWERK and Glen Handwerk, Respondent**

**No. 384 MAL 2016**

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.